IN THE MATTER OF EMMA BARTLETT. — Default opened on condition that the appellant print and serve papers in time for May Term, and pay ten dollars costs.

IN THE MATTER OF LOWDEN. — Order on reargument affirmed, without costs.

THE NEW YORK AND WESTERN UNION TELEGRAPH COMPANY, *Appellant, v.* HUGH J. JEWETT, *as Receiver, etc., Respondent.* — Order affirmed.    Opinion by BRADY, J.

IN THE MATTER OF THE PROBATE OF THE LAST WILL, ETC., OF EDWARD HEWITT, *Deceased.* — Decree affirmed on opinion of surrogate, without costs.

RICHARD H. DISOSWAY, *Appellant, v.* JEDEDIAH K. HAYWARD, *Respondent, Impleaded, etc.* — Judgment affirmed, with costs.

ANNE LAVALLE, *Appellant, v.* PATRICK SKELLY, *Respondent.* — Motion denied.

JESSE PECK, *Appellant, v.* PATRICK CALLAGHAN, *Respondent.* — Decree affirmed on the opinion of the surrogate, with costs.

ELIZABETH LANGDON, *Respondent, v.* LANDON C. GRAY and ELIZABETH B. PHELPS, *Appellants.* — Order reversed so far as appealed from, and order made directing referee's fees to be adjusted upon notice, without costs.    Opinion *Per Curiam.*

SHERMAN CONANT and ALEXANDER B. HAWKINS, *as Receivers, etc., Appellants, v.* MILTON S. LITTLEFIELD and AARON BARNETT, *Respondents.* — Order modified so far as to allow service of the amended complaint on payment of ten dollars costs of opposing the motion in the court below, and fifteen dollars costs of proceedings after issue joined and before trial, ten dollars costs of one term fee and the disbursements of this appeal.

CATHERINE LACHENMEYER *v.* AUGUST LACHENMEYER. — Order modified so as to reduce the alimony to fifty dollars per month and the counsel fee to $125, without costs of appeal to either party.

GUSTAVE WHITE and others, *Respondents, v.* EMANUEL REICHART, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.    Opinion *Per Curiam.*

THE GERMAN SAVINGS BANK, *Appellant, v.* JAMES H. CARRINGTON and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.    Opinion *Per Curiam.*

WILLIAM KELLY, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.* — Judgment affirmed. Opinion *Per Curiam.*

ELIZABETH A. GREER, *Respondent, v.* LUCIUS E. CHITTENDEN and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements.    Opinion *Per Curiam.*

STEPHEN CUTTER and others, *Executors, etc., Appellants, v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, *Respondents.* — Judgment affirmed.    Opinion *Per Curiam.*